UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-9117-GW(VBKx) | Date | July 30, 2012 |
| Title | *Francisca Morales Contreras v. IndyMac Bank, F.S.B., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Laura Elias | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Francisca Morales Contreras, pro se | Emily L. Murray |

**PROCEEDINGS:** **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (filed 04/19/12)**

Based on the Tentative Ruling issued on July 23, 2012, and for reasons stated on the record, the defendant's motion is **GRANTED/DENIED IN PART.** Plaintiff will have until August 23, 2012, to manually file a Third Amended Complaint. Defendants will have three weeks from August 23, 2012 to file a response.

: 11

Initials of Preparer JG